In the Matter of the Application of THOMAS VITELLI, Petitioner, Appellant, as Administrator, etc., of ROSE or ROSA VITELLI, Deceased, to Discover Certain Property of the Said Deceased Claimed to Be Withheld by MARIANINO GIORDANO, Claimant, Respondent. RAFFAELE DE SAPIO and PARISE DE SAPIO, Contestants, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Conditional Sale Contract Signed by WEISBERG-GOLDMAN CORPORATION, Respondent, in Favor of AMERICAN STOVE COMPANY, Appellant, as Conditional Vendor and Affecting Fixtures Physically Installed in Real Property Now Owned by EAST CEDAR BUILDING Co., INC., Owner, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of THE NEW YORK TRUST COMPANY, as Substituted Trustee for MARGARET L. WINSLOW, under the Will of JAMES WINSLOW, Deceased. LANIER McKEE and THE NEW YORK TRUST COMPANY, as Executors and Trustees, etc., of LAWRENCE LANIER WINSLOW, Deceased, and Others, Appellants; THE NEW YORK TRUST COMPANY, as Substituted Trustee under the Will of JAMES WINSLOW, Deceased, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of Proving the Last Will and Testament of GEORGE F. WOOD, Deceased. EDWARD CAMPBELL and Others, Appellants; JACOB C. NORTHRUP, Executor, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

KINGS HIGHWAY DEVELOPMENT COMPANY, INC., Respondent, v. HOME AFFAIR REALTY Co., INC., and Another, Defendants; MARY T. ECONOMOU, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ARTHUR H. KIMBLE, Respondent, v. PRUDENTIAL MILK COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. The question of errors in the charge, now raised, was not presented to this court either in the briefs or on the argument of the appeal. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.